IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16cr52-LG-RHW-1

DAMON DERRALL PITTMAN

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved *Ore Tenus* for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted Attorney James Farrior on August 16, 2017, who has agreed to be appointed as counsel to represent this defendant in this cause and has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that James Farrior is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 16 7th day of August, 2017.

_____
CHIEF UNITED STATES DISTRICT JUDGE