

17-60404 USA v. Damon Pittman "Briefing Notice" (1:16-CR-52-1)
cmecf_caseprocessing
to:
docket
08/17/2017 10:36 AM
Hide Details
From: cmecf_caseprocessing@ca5.uscourts.gov
To: docket@mssd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Fifth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/17/2017 at 10:34:09 AM CDT and filed on 08/17/2017

| | |
|---|---|
| **Case Name:** | USA v. Damon Pittman |
| **Case Number:** | 17-60404 |

**Docket Text:**
BRIEFING SUSPENDED - in light of DC order substituting counsel. A/Pet's Brief deadline canceled [17-60404] (LEF)

**Notice will be electronically mailed to:**

Mr. Gaines H. Cleveland, Assistant U.S. Attorney: gaines.cleveland@usdoj.gov, CaseView.ECF@usdoj.gov, deborah.bradford@usdoj.gov
Mr. James L. Farrior, III: james@farriorlawfirm.com, audrey@farriorlawfirm.com
Mr. Arthur S. Johnston, III, Clerk of Court: docket@mssd.uscourts.gov
Ms. Annette Williams, Assistant U.S. Attorney: annette.williams2@usdoj.gov, CaseView.ECF@usdoj.gov, melissa.dunn@usdoj.gov, deborah.bradford@usdoj.gov, tionie.beaver@usdoj.gov